25 So.2d 855

**Allen BRITTAIN v. STATE.**

**7 Div. 844.**

Court of Appeals of Alabama.

Feb. 19, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

24 So.2d 920

**Edward BROWN v. STATE.**

**7 Div. 856.**

Court of Appeals of Alabama.

Feb. 5, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed motion of appellant.

24 So.2d 920

**Ernest BROWN v. STATE.**

**6 Div. 241.**

Court of Appeals of Alabama.

Jan. 22, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

23 So.2d 882

**Henry BROWN v. STATE.**

**7 Div. 809.**

Court of Appeals of Alabama.

Nov. 6, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

26 So.2d 920

**Lee Roy BROWN and Ovoy Brown v. STATE.**

**8 Div. 481.**

Court of Appeals of Alabama.

June 4, 1946.

Bradshaw & Barnett, of Florence, for appellants.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed, motion of appellants.